# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7784 | **DATE** | 3/23/2011 |
| **CASE TITLE** | Shannon Gardner, et al vs. American Collection Corporation | | |

**DOCKET ENTRY TEXT**

Rule 16 conference convened. Rule 26(a)(1) disclosures to be made by 4/8/2011. Amendment of pleadings and joinder of parties by motions filed no later than 6/10/2011. Completion of all discovery by 12/16/2011. Rule 26(a)(2) disclosures of expert witnesses to be served by plaintiffs no later than 9/16/2011; by defendant no later than 11/4/2011. Dispositive motions due 2/1/2012. Defendant has leave to answer the complaint by close of business 3/25/2011. Status hearing set for 6/14/2011 at 9:00 AM. Motion for class certification [9] entered and continued to 6/14/2011 at 9:00 AM.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|